**Terry Franklin GARNER,**
**Plaintiff-Appellant,**

v.

**CARTERET COUNTY DISTRICT AT-TORNEY; State of North Carolina,**
**Defendants-Appellees.**

No. 17-6967

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 28, 2017

Terry Franklin Garner, Appellant Pro Se.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Franklin Garner appeals the district court's order adopting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Garner's informal brief does not sufficiently challenge the bases for the district court's disposition, Garner has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.,* 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment, and we deny Garner's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*